*R. N. Van Doren* of Milwaukee, for the respondent *Chicago & Northwestern Railway Company.*

For the respondent *Minneapolis, St. Paul & Sault Ste. Marie Railway Company* the cause was submitted on the brief of *W. A. Hayes* of Milwaukee.

MARSHALL, J.   The questions presented here are identical with those in *Peters v. C. & N. W. R. Co., ante,* p. 529, 162 N. W. 916, and the appeal is ruled in favor of respondents by the result in that case.

*By the Court.*—The order is affirmed, and the cause remanded to the circuit court for further proceedings in accordance with this opinion, one bill of costs to be taxed in each case.

TURKOWSKI, Appellant, vs. CHICAGO & NORTHWESTERN RAILWAY COMPANY and another, imp., Respondents.

*April 26—May 15, 1917.*

*Peters v. Chicago & N. W. R. Co., ante,* p. 529, followed.

APPEAL from an order of the circuit court for Waukesha county: MARTIN L. LUECK, Circuit Judge. *Affirmed.*

The appeal is from an order sustaining a general demurrer to the complaint.

For the appellant there was a brief by *C. E. Armin* of Waukesha and *Glicksman, Gold & Corrigan* of Milwaukee, attorneys, and *Arthur J. Pellette* of Milwaukee, of counsel, and oral argument by *Mr. Pellette.*

*R. N. Van Doren* of Milwaukee, for the respondent *Chicago & Northwestern Railway Company.*

For the respondent *Minneapolis, St. Paul & Sault Ste. Marie Railway Company* the cause was submitted on the brief of *W. A. Hayes* of Milwaukee.

MARSHALL, J.   The questions presented here are identical with those in *Peters v. C. & N. W. R. Co., ante,* p. 529, 162 N. W. 916, and the appeal is ruled in favor of respondent by the result in that case.

*By the Court.*—The order is affirmed, and the cause remanded to the circuit court for further proceedings in accordance with this opinion, one bill of costs to be taxed in each case.